# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-60299-KMM

TIFFANY (NJ) LLC,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

_____/

## ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE OF PROCESS

THIS CAUSE came before the Court upon Plaintiff Tiffany (NJ) LLC's ("Plaintiff") *Ex Parte* Motion for Order Authorizing Alternative Service. ("Mot.") (ECF No. 9). Therein, Plaintiff requests an order authorizing service of process on Defendants[1] via electronic mail ("e-mail") and website posting. *Id.* at 2.

In the Complaint ("Compl.") (ECF No. 1), Plaintiff brings claims of trademark counterfeiting and infringement, false designation of origin, common law unfair competition, and common law trademark infringement against Defendants, whom reside and operate in foreign jurisdictions. Compl. ¶¶ 1, 7. Specifically, Plaintiff alleges that Defendants are promoting and otherwise advertising, distributing, selling and/or offering counterfeit products for sale in internet-based e-commerce stores. *Id.* ¶ 25.

---

[1] Defendants are unknown individuals, partnerships, or unincorporated associations as set forth in Schedule "A" of this Order.

Federal Rule of Civil Procedure 4(h)(2) authorizes service of process on a foreign business entity in the manner prescribed by Rule 4(f) for individuals. Fed. R. Civ. P. 4(h)(2). And, pursuant to Federal Rule of Civil Procedure 4(f)(3), a district court may direct service at a place not within any judicial district of the United States by "other means not prohibited by international agreement." *Chanel, Inc. v. Zhixian*, Case No. 10-CV-60585, 2010 WL 1740695, at *2 (S.D. Fla. Apr. 29, 2010) (quoting Fed. R. Civ. P. 4(f)(3)). Thus, service under Rule 4(f)(3) is appropriate when alternate service is (1) not prohibited by international agreement; and (2) directed by the court. *See id.* If an international agreement does not preclude the means of services, "[a] court acting under Rule 4(f)(3) . . . remains free to order alternative means of service where a signatory nation has not expressly objected to those means." *Louis Vuitton Malletier, S.A. v. louis-vuittononlines.org*, Case No. 17-cv-61033-BLOOM/Valle, 2017 WL 10741870, at *1 (S.D. Fla. May 31, 2017) (citation omitted).

"[T]he decision to issue an order allowing service by alternate means lies solely within the discretion of the district court." *Chanel, Inc. v. Lin*, Case No. 08–23490–CIV, 2009 WL 1034627, at *1 (S.D. Fla. Apr. 16, 2009) (citing *Prewitt Enters., Inc. v. Org. of Petroleum Exporting Countries*, 353 F.3d 916, 921 (11th Cir. 2003)); *see also Rio Props., Inc. v. Rio Intern. Interlink*, 284 F.3d 1007, 1018 (9th Cir. 2002) ("[W]e leave it to the discretion of the district court to balance the limitations of email service against its benefits in any particular case."). Nonetheless, alternate methods of service must fulfill due process requirements. *Lin*, 2009 WL 1034627, at *2. Constitutional due process requires only that service of process provide "notice reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950) (citations omitted).

Here, service by e-mail and web publication is not prohibited by international agreement. Tiffany's alleges that Defendants reside in, operate from, or otherwise redistribute the counterfeiting products from the People's Republic of China ("China"). Mot. at 14. "[T]he United States and China are signatories to the Hague Convention on the Service Abroad of [Judicial and] Extra-Judicial Documents in Civil and Commercial Matters (the "Hague Convention"), [and] the Hague Convention does not specifically preclude service by e-mail and publication service." *Karsten Manufacturing Corp. v. Store*, Case No. 18-61624-CIV-ALTONAGA/Seltzer, 2018 WL 8060707, at * 1 (S.D. Fla. July 26, 2018). Moreover, "[w]here a signatory nation has objected to the alternative means of service provided by the Hague Convention, that objection is expressly limited to those means and does not represent an objection to other forms of service, such as e-mail or publication." *Id.* And, China has not expressly objected to service via e-mail or website posting. *See N. Face Apparel Corp. v. Individuals, P'ships, and Unincorporated Ass'n Identified on Schedule "A"*, No. 19-62684-CIV-SMITH, 2019 WL 8324273, at *1 (S.D. Fla. Nov. 18, 2019). Therefore, service via e-mail and website posting is not prohibited by international agreement.

Additionally, Plaintiff has demonstrated that the proposed alternative method of service will provide "notice reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." *Mullane*, 339 U.S. at 314 (citations omitted). Defendants have structured their e-commerce store, photo album, and Internet website businesses so that the sole means for customers to purchase Defendants' products is by placing an order electronically. Decl. of Gigante ("Gigante Decl.") (ECF No. 9–1) ¶¶ 3–10. Defendants take and confirm orders online or via electronic messaging and rely on electronic means to receive payment. *Id*. Due to the Internet-based nature of their business, each Defendant has at least one form of electronic means of contact which is reliable and

thus, "reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections." *Mullane*, 339 U.S. at 314 (citations omitted).

Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED. Plaintiff shall serve the Summons, Complaint, and all future filings upon each Defendant:

1. Electronically via e-mail by providing the address to Plaintiff's designated serving notice website to Defendants via the e-mail accounts provided by that Defendant (i) as part of the data related to its e-commerce store, photo album, or domain name, including customer service e-mail addresses, and onsite contact forms, or (ii) via the e-commerce marketplace platforms, social media websites, or image hosting website e-mail for their respective e-commerce stores and photo albums, including private messaging applications and/or services, or via the registrar of record for their respective domain names; and

2. via publication by posting a copy of the same on the website available at http://servingnotice.com/TfX6wk/index.html.

Done and ordered in Chambers at Miami, Florida, this 15th day of April, 2020.

                                          K. MICHAEL MOORE
                                          CHIEF UNITED STATES DISTRICT JUDGE

c: Counsel of record

**Schedule "A"**

**DEFENDANTS BY NUMBER, SELLER ID, SUBJECT DOMAIN NAME, AND MEANS OF CONTACT**

| Def. No. | Defendant / Seller ID / Subject Domain Name | Means of Contact |
|---|---|---|
| 1 | GUOGUOSHENGYI BEANS Store | https://www.aliexpress.com/store/4991400 |
| 2 | sicily Store | https://www.aliexpress.com/store/5478104 |
| 3 | Suri Store | https://www.aliexpress.com/store/5484262 |
| 4 | Alex_alex | https://www.dhgate.com/store/21273789 |
| 5 | Amazingjewelrystore | https://www.dhgate.com/store/20771635 |
| 6 | aoostore | https://www.dhgate.com/store/21022336 |
| 7 | beichongjewelry | https://www.dhgate.com/store/20325209 |
| 8 | brose1 | https://www.dhgate.com/store/20198299 |
| 9 | cocoluxury | https://www.dhgate.com/store/21242009 |
| 10 | designer_a_lee | https://www.dhgate.com/store/21259949 |
| 11 | dh_shopping02 | https://www.dhgate.com/store/21175412 |
| 12 | dhgate_flash | https://www.dhgate.com/store/21187652 |
| 13 | domesticcat | https://www.dhgate.com/store/21211044 |
| 14 | emily_jewelry | https://www.dhgate.com/store/20783971 |
| 15 | jewelry_farr | https://www.dhgate.com/store/21153428 |
| 16 | Ligongda6 | https://www.dhgate.com/store/21211889 |
| 17 | mickeybigmouse | https://www.dhgate.com/store/21175418 |
| 18 | perfect_deal | https://www.dhgate.com/store/21332285 |
| 19 | uppoint | https://www.dhgate.com/store/21159557 |
| 20 | womanworldltd | https://www.dhgate.com/store/20106363 |
| 21 | xinshiji6688 | https://www.dhgate.com/store/21194989 |
| 22 | Xixis | https://www.dhgate.com/store/21100617 |
| 23 | yingwei9688 | https://www.dhgate.com/store/21285645 |
| 24 | zj475633650 | https://www.dhgate.com/store/21043396 |
| 25 | a8903 | https://www.dhgate.com/store/21224967 |
| 26 | aa89650002 | https://www.dhgate.com/store/21155319 |
| 27 | Acooll | https://www.dhgate.com/store/21016521 |
| 28 | Ameis | https://www.dhgate.com/store/20776158 |
| 29 | az2027 | https://www.dhgate.com/store/21200104 |
| 30 | carla2 | https://www.dhgate.com/store/21169635 |
| 31 | cc89650004 | https://www.dhgate.com/store/21156328 |
| 32 | cgnfgnfdb | https://www.dhgate.com/store/21415215 |
| 33 | Claire008 | https://www.dhgate.com/store/20929680 |
| 34 | colorfuljewelry1 | https://www.dhgate.com/store/20766823 |

| 35 | Cygj111 | https://www.dhgate.com/store/21091164 |
| --- | --- | --- |
| 36 | dodogogo | https://www.dhgate.com/store/21424032 |
| 37 | Dunhang05 | https://www.dhgate.com/store/21037653 pinkhenan@gmail.com |
| 38 | Enjoy_time | https://www.dhgate.com/store/20755081 |
| 39 | Farr0118 | https://www.dhgate.com/store/21185013 |
| 40 | Gg1125 | https://www.dhgate.com/store/21251954 |
| 41 | go888store | https://www.dhgate.com/store/21200507 |
| 42 | goodluckjewelry8 | https://www.dhgate.com/store/21388689 |
| 43 | Goodsyiwu | https://www.dhgate.com/store/19956338 |
| 44 | Goood4store | https://www.dhgate.com/store/21200508 |
| 45 | hk2019008 | https://www.dhgate.com/store/21171599 |
| 46 | Hot4u | https://www.dhgate.com/store/21200836 |
| 47 | Jiangjiarong | https://www.dhgate.com/store/21284639 |
| 48 | Junemay | https://www.dhgate.com/store/21016220 |
| 49 | kewl333 | https://www.dhgate.com/store/21438422 |
| 50 | lifengxia2020 | https://www.dhgate.com/store/21400194 |
| 51 | Lovejeweley2017 | https://www.dhgate.com/store/21045080 |
| 52 | lxh849880872 | https://www.dhgate.com/store/20972538 |
| 53 | Mandyjewelry02 | https://www.dhgate.com/store/21059845 |
| 53 | mandyjewelry.cn | 286342755@qq.com szpanmoer@163.com 15368967@qq.com |
| 53 | 18038178719 | 286342755@qq.com WhatsApp: +86180 9891 2518 |
| 54 | nuokesasi | https://www.dhgate.com/store/21386404 |
| 55 | qiye005 | https://www.dhgate.com/store/21410882 |
| 56 | qiye006 | https://www.dhgate.com/store/21410784 |
| 57 | qiye007 | https://www.dhgate.com/store/21410785 |
| 58 | qiye008 | https://www.dhgate.com/store/21410884 |
| 59 | Uphot | https://www.dhgate.com/store/21159556 |
| 60 | Ustore8 | https://www.dhgate.com/store/21200501 |
| 61 | w0040 | https://www.dhgate.com/store/21432502 |
| 62 | w0043 | https://www.dhgate.com/store/21433215 |
| 63 | wanshihengtong | https://www.dhgate.com/store/21345787 |
| 64 | xiaohongliang2020 | https://www.dhgate.com/store/21403359 |
| 65 | Xiaopi1008 | https://www.dhgate.com/store/20368185 |
| 66 | Xuancaijewellery | https://www.dhgate.com/store/20769535 |
| 67 | yaoming_logo | https://www.dhgate.com/store/21239948 |
| 68 | Yijo | https://www.dhgate.com/store/21150842 |
| 69 | z632529 | https://www.dhgate.com/store/21211678 |

| 70 | Zj501288 | https://www.dhgate.com/store/20087400 |
|---|---|---|
| 71 | Zzzstore | https://www.dhgate.com/store/21021916 |
| 72 | sylvia77love | 332164401@qq.com<br>sevenfantastic@hotmail.com WhatsApp: +86 135 4448 9828 |
| 73 | AD-Hanjin31 | support@joom.com |
| 74 | irene1 | support@joom.com |
| 75 | One More Chance | support@joom.com |
| 76 | FASHION | luxedaze@outlook.com |
|    | women  fashion | https://wanelo.co/women_fashion |
| 77 | My Jersey Shop | |
|    | myjerseysshop | https://wanelo.co/myjerseysshop |
| 78 | Yiwu wholesale mall | https://www.wish.com/merchant/583294ce15 91451165f12d50 |