UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-60299-CIV-MOORE/SNOW

TIFFANY (NJ) LLC,

      Plaintiff,

vs.

GUOGUOSHENGYI BEANS STORE, *et al.*,

      Defendants.

_____/

**MOTION FOR ENTRY OF CONSENT FINAL JUDGMENT
AND PERMANENT INJUNCTION AS TO THE CONSENT JUDGMENT
<u>DEFENDANTS IDENTIFIED ON SCHEDULE "A" HERETO</u>**

    Plaintiff, Tiffany (NJ) LLC ("Plaintiff"), by and through its undersigned counsel, hereby moves this Court for entry of the Consent Final Judgment and Permanent Injunction as to the Defendants identified on Schedule "A" hereto (collectively, the "Consent Judgment Defendants"), attached hereto as Exhibit "1" (the "Consent Judgment"). In support thereof, Plaintiff states as follows:

    1.    Plaintiff and the Consent Judgment Defendants have resolved all claims in connection with this matter and have each individually agreed to a consent judgment. To avoid filing multiple motions, Plaintiff has consolidated the individually agreed to consent judgments into one Consent Judgment in the form attached hereto as Exhibit "1." (<u>See</u> Statements of Consent executed by the individuals and authorized agents for the Consent Judgment Defendants, attached hereto as Composite Exhibit "2").

2. Accordingly, as Plaintiff and the Consent Judgment Defendants have resolved all claims in connection with this matter, Plaintiff respectfully requests this Court grant this Motion and enter the Consent Judgment.[1]

| | |
|---|---|
| DATED: May 19, 2020. | Respectfully submitted, |
| | STEPHEN M. GAFFIGAN, P.A. |
| | By: **Stephen M. Gaffigan** |
| | Stephen M. Gaffigan (Fla. Bar No. 025844) |
| | Virgilio Gigante (Fla. Bar No. 082635) |
| | T. Raquel Wiborg-Rodriguez (Fla. Bar. No. 103372) |
| | Christine Ann Daley (Fla. Bar No. 98482) |
| | 401 East Las Olas Blvd., Suite 130-453 |
| | Ft. Lauderdale, Florida 33301 |
| | Telephone: (954) 767-4819 |
| | E-mail: Stephen@smgpa.net |
| | E-mail: Leo@smgpa.net |
| | E-mail: Raquel@smgpa.net |
| | E-mail: Christine@smgpa.net |
| | |
| | Attorneys for Plaintiff, Tiffany (NJ) LLC |

---

[1] Plaintiff intends to continue prosecuting this matter as to the remaining Defendants at issue identified on Schedule "A" to Plaintiff's Amended Complaint (ECF No. 17).

**SCHEDULE "A"**
**CONSENT JUDGMENT DEFENDANTS BY NUMBER, SELLER ID, AND**
**INDIVIDUAL, PARTNERSHIP, OR UNINCORPORATED ASSOCIATION**

| Def. No. | Seller ID | Store Number | Individual, Partnership, or Unincorporated Association |
|---|---|---|---|
| 5 | Amazingjewelrystore | Store No. 20771635 | Wu Yanping |
| 6 | aoostore | Store No. 21022336 | Li Zhenjie |
| 22 | xixis | Store No. 21100617 | |
| 39 | Farr0118 | Store No. 21185013 | |
| 71 | Zzzstore | Store No. 21021916 | |
| 12 | dhgate_flash | Store No. 21187652 | Lei Yanni |
| 42 | goodluckjewelry8 | Store No. 21388689 | |
| 14 | emily_jewelry | Store No. 20783971 | Liu Linyi |
| 18 | perfect_deal | Store No. 21332285 | Li Shihang |
| 20 | womanworldltd | Store No. 20106363 | Yang Liu |
| 21 | xinshiji6688 | Store No. 21194989 | Zhe Shang |
| 27 | Acooll | Store No. 21016521 | Zhu Hanli |
| 30 | carla2 | Store No. 21169635 | Zhou YunFeng |
| 33 | Claire008 | Store No. 20929680 | Lai Yuquan |
| 34 | colorfuljewelry1 | Store No. 20766823 | Liu Meizhen |
| 66 | Xuancaijewellery | Store No. 20769535 | |
| 45 | hk2019008 | Store No. 21171599 | Hou Tao |
| 47 | Jiangjiarong | Store No. 21284639 | Peng Xiaolong |
| 54 | nuokesasi | Store No. 21386404 | |
| 51 | Lovejeweley2017 | Store No. 21045080 | Xiang Yanying |
| 68 | yijo | Store No. 21150842 | Qianqian Sun |
| 75 | One More Chance | 1520924756461060907-148-3-709-3279504356 | Cheng Ziyan |

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing is being served this 19th day of May 2020, upon the Consent Judgment Defendants via electronic mail and by posting copies of the same on the website appearing at the URL http://servingnotice.com/TfX6wk/index.html.

**Stephen M. Gaffigan**
Stephen M. Gaffigan